Bletch v. Johnson.

Per CURIAM: As the writ of error in this case would be issued in this grand division, we cannot entertain the application for a supersedeas until the record is filed and the cause docketed.

In vacation, such an application may be made to one of the justices without having first filed the record; but not so when made to the court, in the grand division in which the writ of error must be sued out.

## BLETCH *v.* JOHNSON.

(April Term, 1864.)

THE MIDDLE INITIAL is not regarded as necessarily a part of the name of a party to a suit. So where a party to a writ of error was described in the record below as Andrew Bletch, and in the writ of error as Andrew J. Bletch, it will be intended they were the same person, the contrary not being shown.

WRIT OF ERROR to the Circuit Court of Iroquois County.

Messrs. COOPER & MOSS, for the defendant in error, moved the court to dismiss this cause, for the reason that it appears from the record that the proceedings and judgment in the court below, in regard to which this writ of error was sued out, were not against this plaintiff in error, Andrew J. Bletch, but against one Andrew Bletch.

Per CURIAM: The middle initial is not regarded as necessarily a part of the name of the plaintiff in error; it will be intended that Andrew J. Bletch and Andrew Bletch are the same person, unless it be made to appear to the contrary.

*Motion denied.*